United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN P.; SPECIALIST ABDIRAHMAN GULEED; KAREN P., Guardian Ad Litem for R.P., minor,<br><br>      Plaintiffs,<br>  v.<br><br>TERMAN APARTMENTS; GOLDRICH & KEST INDUSTRIES, LLC; TATANYA MEDYUK; DENA ADHBROUGH; YEFIM MENDYUK; UNITED STATES DEPARTMENT OF URBAN HOUSING (HUD); THOMAS AZUMBRADO, in his capacity as Director of San Francisco Multi-Family Hub,<br><br>      Defendants. | Case No.: 12-CV-00256-LHK<br><br>ORDER RE JOINT CASE MANAGEMENT STATEMENT |

A case management conference is set for July 18, 2012, at 2:00 p.m. Pursuant to Civil Local Rule 16-9 and the Court's standing orders, the parties' joint case management statement was due yesterday, July 11, 2012. The parties shall file their joint case management statement by 5:00 p.m. on Friday, July 13, 2012.

**IT IS SO ORDERED.**

Dated: July 12, 2012

                _Lucy H. Koh_
                LUCY H. KOH
                United States District Judge

1

Case No.: 12-CV-00256-LHK
ORDER RE JOINT CASE MANAGEMENT STATEMENT