**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN P.; SPECIALIST ABDIRAHMAN GULEED; KAREN P., Guardian Ad Litem for R.P., minor,<br><br>Plaintiffs,<br>v.<br><br>TERMAN APARTMENTS; GOLDRICH & KEST INDUSTRIES, LLC; TATANYA MEDYUK; DENA ADHBROUGH; YEFIM MENDYUK; UNITED STATES DEPARTMENT OF URBAN HOUSING (HUD); THOMAS AZUMBRADO, in his capacity as Director of San Francisco Multi-Family Hub,<br><br>Defendants. | Case No.: 12-CV-00256-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

A case management conference is set for July 18, 2012, at 2:00 p.m. The Court ordered the parties to file a joint case management statement by Friday, July 13, 2012, at 5:00 p.m. ECF No. 19. In light of the fact that Plaintiffs are proceeding *pro se* and that the U.S. Marshal for the Northern District of California has not yet served Defendants, the Court hereby continues the case management conference to August 29, 2012, at 2:00 p.m. The parties shall file their joint case management statement by August 22, 2012.

**IT IS SO ORDERED.**

Dated: July 16, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00256-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE