UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN P.; SPECIALIST ABDIRAHMAN GULEED; KAREN P., Guardian Ad Litem for R.P., minor,<br><br>Plaintiffs,<br>v.<br><br>TERMAN APARTMENTS; GOLDRICH & KEST INDUSTRIES, LLC; TATANYA MEDYUK; DENA ADHBROUGH; YEFIM MENDYUK; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD); THOMAS AZUMBRADO, in his capacity as Director of San Francisco Multi-Family Hub,<br><br>Defendants. | Case No. 12-CV-00256-LHK<br><br>ORDER TO SHOW CAUSE |

On August 30, 2012, Defendants Terman Apartments and Goldrich & Kest Industries, LLC ("Defendants") filed a Notice of Motion to Dismiss or, in the Alternative, Motion for More Definite Statement ("Motion"). Plaintiffs Karen P., Specialist Abdirahman Guleed, and R.P. ("Plaintiffs") were required to file their Opposition to the Motion by September 14, 2012. Plaintiffs have not filed an Opposition. Accordingly, the Court hereby ORDERS Plaintiffs to show cause by October 26, 2012, why this case should not be dismissed with prejudice for failure to prosecute. A hearing on this Order to Show Cause shall be held on October 31, 2012 at 2:00 p.m. Plaintiffs' failure to respond to this Order and to appear at the October 31, 2012 hearing will result

1

Case No.: 12-CV-00256-LHK
ORDER TO SHOW CAUSE

1  in dismissal of this action with prejudice for failure to prosecute.  It is sufficient for one Plaintiff to
2  appear at the hearing.

**IT IS SO ORDERED.**

Dated: October 12, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-00256-LHK
ORDER TO SHOW CAUSE