United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KAREN P.; SPECIALIST ABDIRAHMAN GULEED; KAREN P., Guardian Ad Litem for R.P., minor,<br><br>Plaintiffs,<br>v.<br><br>TERMAN APARTMENTS; GOLDRICH & KEST INDUSTRIES, LLC; TATANYA MENDYUK; DENA ADHBROUGH; YEFIM MENDYUK; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD); THOMAS AZUMBRADO, in his capacity as Director of San Francisco Multi-Family Hub,<br><br>Defendants. | Case No.: 12-CV-00256-LHK<br><br>ORDER AMENDING CASE SCHEDULE |

In the Court's Case Management Order dated October 31, 2012, the Court erroneously set a deadline to amend the pleadings/add parties of December 1, 2013.  The Court hereby ORDERS that the deadline to amend the pleadings/add parties shall be December 1, 2012.

**IT IS SO ORDERED.**

Dated: November 7, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00256-LHK
ORDER AMENDING CASE SCHEDULE