UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN P.; SPECIALIST ABDIRAHMAN GULEED; KAREN P., Guardian Ad Litem for R.P., minor,<br><br>Plaintiffs,<br>v.<br><br>TERMAN APARTMENTS; GOLDRICH & KEST INDUSTRIES, LLC; UNITED STATES DEPARTMENT OF URBAN HOUSING (HUD),<br><br>Defendants. | Case No.: 12-CV-00256-LHK<br><br>ORDER VACATING HEARING ON PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES AND CONTINUING CASE MANAGEMENT CONFERENCE |

Pursuant to Civil Local Rule 7–1(b), the Court finds Defendants Terman Apartments and Goldrich & Kest Industries, LLC's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) or, in the Alternative, Motion for More Definite Statement (ECF No. 22) appropriate for determination without oral argument. Accordingly, the hearing on the motion set for December 13, 2012, at 1:30 p.m. is hereby VACATED. The case management conference set for the same day is CONTINUED to April 4, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: December 11, 2012

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00256-LHK
ORDER VACATING HEARING ON PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES AND CONTINUING CASE MANAGEMENT CONFERENCE