UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN P.; SPECIALIST ABDIRAHMAN GULEED; KAREN P., Guardian Ad Litem for R.P., minor,<br><br>Plaintiffs,<br>v.<br><br>TERMAN APARTMENTS; GOLDRICH & KEST INDUSTRIES, LLC; UNITED STATES DEPARTMENT OF URBAN HOUSING (HUD),<br><br>Defendants. | Case No.: 12-CV-00256-LHK<br><br>ORDER RE: RECUSAL |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case. The matter is hereby referred to the Assignment Committee for reassignment to another United States District Judge for all further proceedings. All pending dates of motions, pretrial conferences, and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: December 17, 2012

*Lucy H. Koh*

LUCY H. KOH
United States District Judge