**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN P.; SPECIALIST ABDIRAHMAN GULEED; KAREN P., Guardian AdLitem forR.P., minor,<br><br>    Plaintiffs,<br>  v.<br><br>TERMAN APARTMENTS; GOLDRICH & KEST INDUSTRIES, LLC; UNITED STATES DEPARTMENT OF URBAN HOUSING (HUD),<br><br>    Defendants.<br>_____/ | No. C 12-00256 JSW<br><br>**ORDER REGARDING PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME** |

    Now before the Court is the request by Plaintiffs for an extension of time to file an opposition to Defendants' pending motions. On August 28, 2012, Defendants Terman Associates, L.P. (erroneously sued as Terman Apartments) and Goldrich & Kest Industries, LLC's (collectively referred to as "Defendants") filed a motion to dismiss. On November 21, 2012, Defendants also filed a motion to stay. On December18, 2012, Defendants re-noticed their pending motions to be heard on March 8, 2013.

    On December 21, 2012, defendant United States Department of Housing and Urban Development ("HUD") filed a motion to dismiss and noticed it to be heard on March 29, 2013. The Court advanced the hearing on the motion by HUD to be heard on March 8, 2013, with the other motions filed by Defendants. Pursuant to Northern District Local Civil Rule 7-3(a),

Plaintiffs' opposition to HUD's motion was due to be filed by January 4, 2013. Plaintiff seeks an extension of time, but has not specified how much additional time they request. The Court HEREBY GRANTS Plaintiffs' request. Plaintiffs' opposition to HUD's motion to dismiss shall be filed by no later than February 1, 2013. HUD's reply, if any, shall be filed by no later than February 8, 2013.

The Court advises Plaintiffs that the Handbook for Pro Se Litigants, contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Plaintiffs that they also may wish to seek assistance from the Legal Help Center. Plaintiffs may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: January 11, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN PURVIS, ET AL. et al,<br><br>Plaintiff,<br><br>v.<br><br>TERMAN APARTMENTS, ET AL. et al,<br><br>Defendant. | Case Number: CV12-00256 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Abdiraham Guleed
P.O. Box 60594
Palo Alto, CA 94306

Karen P.
P.O. Box 60594
Palo Alto, CA 94306

Romello P.
P.O. Box 60594
Palo Alto, CA 94306

Dated: January 11, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk