UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN P., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TERMAN APARTMENTS, et al.,<br><br>    Defendants. | Case No. 12-cv-00256-JST<br><br>**ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 30, 53, 69 |

A hearing on Defendants' motions to dismiss and to stay is scheduled for May 9, 2013. As the motions are suitable for determination without oral argument, the hearing is VACATED. The motions are now under submission. The case management conference scheduled for May 28, 2013, is CONTINUED to August 7, 2013.

**IT IS SO ORDERED**.

Dated: May 2, 2013

                                                    JON S. TIGAR<br>
                                        United States District Judge