UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN P., et al.,

        Plaintiffs,

v.

TERMAN APARTMENTS, et al.,

        Defendants.

Case No. 12-cv-00256-JST

**ORDER TO SHOW CAUSE**

Re: ECF No. 103

On May 17, 2013, the Court dismissed all of the claims in the complaint and granted Plaintiffs leave to file an amended complaint by June 17, 2013. ECF No. 103. As of the date of this order, Plaintiffs have not filed an amended complaint. By July 31, 2013, Plaintiffs shall show cause, in writing, why this action should not be dismissed for failure to prosecute. Alternatively, by July 31, 2013, Plaintiffs may file an amended complaint that cures the deficiencies identified in the order dismissing the complaint. A failure to file either a statement in response to this order or an amended complaint will result in the dismissal of this action with prejudice.

**IT IS SO ORDERED**.

Dated: July 1, 2013

                                            JON S. TIGAR
                                       United States District Judge